UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:06-CR-45 |
| | ) | |
| HENRY JAMES, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## **ORDER**

On April 23, 2008, the undersigned granted defendant Henry James' ("James") request for appointment of counsel for the purpose of determining whether a Motion for Reduction pursuant to 18 U.S.C. §3582(c) was appropriate in light of the retroactive amendment to the crack guidelines. On May 9, 2008, appointed counsel for James submitted a Notice to the Court informing the Court that because James was sentenced to a mandatory minimum sentence under U.S.S.G. §5G1.1, he is not eligible for a sentencing reduction under the amendment to the crack guidelines and that no motion for reduction would be filed.  On May 20, 2008, the United States Probation Office submitted an "Addendum to the Presentence Report" which further confirms that even with the retroactive amendment James is not eligible for a sentencing reduction under the 2007 crack cocaine guideline amendment because the statutorily required minimum sentence of 60 months is the required sentence by U.S.S.G. §5G1.1(b).

The court has reviewed these filings and has determined based upon those filings that NO FURTHER ACTION shall be taken in this cause.  Defense counsel is authorized to file a request for permission to withdraw from the case within fourteen (14) days.  The Defendant may respond to the request to withdraw within thirty (30) days and, if the Defendant disagrees with the Notice filed by defense counsel, he shall have thirty (30) days to file a *pro se* motion for reduction of sentence

wherein he explains why such a motion is appropriate in his case, contrary to defense counsel's opinion. The Court will then rule on counsel's request to withdraw and any pro se motion that the Defendant filed.

The Clerk is hereby DIRECTED to serve the Defendant a copy of this Order at his place of incarceration.

SO ORDERED. This 23rd day of May, 2008.

                                                     s/ William C. Lee
                                                     United States District Court